UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ERNEST GUZMAN, SID #692250,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-23-CV-00063-XR |
| **RIVERCENTER MALL SECURITY and BEXAR COUNTY SHERIFF,** | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing *pro se* Plaintiff Ernest Guzman's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Ernest Guzman's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's January 18, 2023 Order.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 7th day of March, 2023.

_____
Xavier Rodriguez
United States District Judge